UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL W. GRIMES                                                                                    PLAINTIFF

v.                         CASE NO. 3:10cv00326 BSM/JTK

CRAIGHEAD COUNTY
DETENTION CENTER, et al.                                                                       DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After carefully considering the proposed findings and recommendations, it is concluded that they should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED for failure to state a claim, and that this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that an *in forma pauperis* appeal from this order and the accompanying judgment dismissing this action is not in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE