UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL W. GRIMES**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 3:10cv00326 BSM/JTK**

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter today, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE